

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DONALD JAMES ANSON, 12332-055,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

---

**ORDER**

07-CV-0035 EAW

Pursuant to the Court's Order dated September 25, 2014 (Dkt. 165), Anna Czarples, Esq. and Michael Donlon, Esq., of the Office of Jacob P. Welch, 8 Denison Parkway East, Ste. 207, Corning, New York 14830, are appointed *pro bono*, to faithfully and diligently represent plaintiff in this case.

The Clerk of the Court is directed to copy that portion of the file in this matter that is not currently available through PACER on the Court's Case Management/Electronic Case Management System and send it to Anna Czarples, Esq. and Michael Donlon, Esq., together with a copy of this order and the Guidelines Governing Reimbursement from the District Court Fund of Expenses Incurred by Court Appointed Counsel.[1]

---

[1] This information and the forms are also available on the Court's web site at the Attorney Information link from the home page located at http://www.nywd.uscourts.gov//pro-bono-program-district-court-fund.

1

The Chief Judge of the Court will also issue an Order directing PACER to waive its fees so pro bono counsel can access and print at no cost to them or their firm any other documents filed herein that they may need.

The Court will enter a further order scheduling a date for a status conference to discuss further proceedings in the case.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated:   March 6, 2015
         Rochester, New York